UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CATHIE BRYANT,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>WASHOE COUNTY, a political subdivision of the State of Nevada,<br><br>　　　　Defendant.　　　　／ | Case No.  3:25-cv-00242-ART-CLB<br><br>**ORDER GRANTING**<br><br>**STIPULATION FOR DISMISSAL**<br><br>**(ECF No. 1)** |

　　　Plaintiff CATHIE BRYANT hereby stipulates to dismiss with prejudice all claims against Defendant Washoe County including any and all claims that could have arisen from the events set forth in Plaintiff's Complaint, pursuant to Fed.R.Civ.P. 41(a) and the Settlement Agreement and Release of Claims executed in this Litigation.  Each party shall bear their own attorney's fees and costs incurred herein.

//

//

//

//

1  Dated this 17th day of December, 2025.

2  By    /s/ Lindsay Liddell
      LINDSAY L. LIDDELL
3        Deputy District Attorney
      One South Sierra Street
4        Reno, NV  89501
      lliddell@da.washoecounty.gov
5        (775) 337-5700

6  ATTORNEY FOR DEFENDANT

7
Dated this 17th day of December, 2025.
8

9  By    /s/ Mark Mausert
      MARK MAUSERT
10       MARK MAUSERT LAW OFFICE
      729 Evans Avenue
11       Reno, Nevada 89512
      mark@markmausertlaw.com
12       (775) 786-5477

13 ATTORNEY FOR PLAINTIFF

**IT IS SO ORDERED:**

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

DATED: December 18, 2025